**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF OHIO (CANTON)**

**IN RE:**

KIMBERLY ANNE BENSON

DEBTOR

CASE NO. 20-61209
CHAPTER 13

JUDGE RUSS KENDIG

**MOTION TO MODIFY CHAPTER 13 PLAN**

Now comes Debtor, by and through counsel, and hereby petitions the Court to allow her to modify her Chapter 13 plan as follows.

1. Debtor lives
   a. with her 18-year-old son who is not working and being treated medically beyond typical expense;
   b. with her 76-year-old mother who receives a minimal Social Security benefit to pay for repairs to her motor vehicle, rental and vehicle insurance, gasoline, out-of-pocket medical, health insurance supplement, vitamin/supplements, prescriptions.
   c. with her 34-year-old daughter who is critically ill, has not worked in over five years, and shall be applying for Social Security benefits (not eligible for Social Security Disability benefits). Her daughter does not have a motor vehicle and debtor drives her. Debtor will help her daughter obtain all governmental assistance for which she qualifies.
   d. with her 10- and 13-year-old grandsons of her daughter.
2. In addition to the increase in the household size of the debtor, she is sustaining household maintenance and vehicle maintenance which are extraordinary.
   a. She is receiving quotes for her septic system due to the broken tiles in her flooding front yard – complete with trencher and backhoe.
   b. The drain tile underneath the driveway also has broken tiles. Eventually, you cannot drive into her driveway or use her garage.
   c. To fix the air conditioning in her 2014 Nissan Ultima, she has been advised that the entire front end of her vehicle must be disassembled. Due to the health of her daughter, the daughter must have an air-conditioned vehicle.

3. Of the $69,787 principal due according to NDC, $63,601 is for student loans. It is neither mandatory nor imperative that the student loans be paid in full during the pendency of the bankruptcy plan. Thus, Debtor requests that the student loans filed in Proofs of Claim 1, 6, 7, 8 and 9 be paid pro rata after the priority claims and after the secured Capital One Auto Finance Claim 4 (current and arrearage claims).

4. Debtor is filing an amended schedule J reflecting her new household expenses. The new plan payment shall be $582.03 per month effective immediately upon the date of this Modification.

5. The Plan arrearage, if any, shall be forgiven.

6. All other provisions of the Chapter 13 Plan shall remain unchanged.

**WHEREFORE**, Debtor requests that her plan be modified as outlined above for the duration of her plan.

Respectfully submitted,

/s/Kimberly Anne Benson
Kimberly Anne Benson
Debtor

/s/ Deborah L Mack     OSC #0067347
Attorney for Debtor
53 E Main St, Lexington, Ohio 44904
419.884.4600
800.410.3620 facsimile
Debbie@OhioFinancial.Lawyer

# CERTIFICATE OF SERVICE

      I hereby certify that the foregoing Motion to Modify Plan and Notice was sent by regular US Mail, postage prepaid, this 18th day of July 18, 2022, to the following individuals:

    Kimberly Anne Benson
    2231 Lake Galion Rd W
    Galion, Ohio 44833

    All creditors on the matrix attached hereto and made a part hereof.

by electronic transmission to the following who are listed on the Court's Electronic Mail Notice List:

- Dynele L Schinker-Kuharich    DLSK@Chapter13Canton.com
- United States Trustee    (Registered address)@usdoj.gov
- Carla O. Andres    candres@gklaw.com
- Todd Fichtenberg    todd@taflegal.com

                                    /s/Deborah L Mack

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0647-6<br>Case 20-61209-rk<br>Northern District of Ohio<br>Canton<br>Fri Aug  7 15:39:24 EDT 2020 | Capital One Auto Finance, a division of Capi<br>4515 N Santa Fe Ave. Dept. APS<br>Oklahoma City, OK 73118-7901 | United States Bankruptcy Court<br>Ralph Regula U.S. Courthouse<br>401 McKinley Avenue SW<br>Canton, OH 44702-1745 |
| (p)ASCENDIUM EDUCATION SOLUTIONS INC<br>2501 INTERNATIONAL LANE<br>MADISON WI 53704-3180 | Capital One Auto Finance<br>Attn: Bankruptcy<br>Po Box 30285<br>Salt Lake City, UT 84130-0285 | City of Galion<br>Attn: Dept of Taxation<br>115 Harding Way East<br>Galion, OH 44833-1902 |
| Comenitybank/Meijer<br>Attn: Bankruptcy<br>Po Box 182273<br>Columbus, OH 43218-2273 | (p)DISCOVER FINANCIAL SERVICES LLC<br>PO BOX 3025<br>NEW ALBANY OH 43054-3025 | Great Lakes Educational Loan Svc<br>PO Box 7860<br>Madison, WI 53707-7860 |
| Great Lakes Higher Education Corporation<br>Attn: Bankruptcy<br>Po Box 7860<br>Madison, WI 53707-7860 | Huntington<br>Attn: Bankruptcy CAS056<br>3 Cascade Plaza<br>Akron, OH 44308-1124 | Kohls/Capital One<br>Attn: Credit Administrator<br>Po Box 3043<br>Milwaukee, WI 53201-3043 |
| (p)MEADE & ASSOCIATES  INC<br>ATTN BANKRUPCTY DEPARTMENT<br>737 ENTERPRISE DRIVE<br>LEWIS CENTER OH 43035-9438 | Midland Funding<br>2365 Northside Dr Ste 300<br>San Diego, CA 92108-2709 | Navient<br>Attn: Bankruptcy<br>Po Box 9640<br>Wilkes-Barre, PA 18773-9640 |
| OhioHealth<br>335 Glessner Ave<br>Mansfield, OH 44903-2269 | The Huntington National Bank<br>P O Box 89424<br>Cleveland OH 44101-6424 | Deborah L. Mack<br>53 E Main Street<br>Lexington, OH 44904-1224 |
| Dynele L Schinker-Kuharich<br>Office of the Chapter 13 Trustee<br>200 Market Avenue North, Ste. LL30<br>Canton, OH 44702-1435 | Kimberly Anne Benson<br>2231 Lake Galion Road West<br>Galion, OH 44833-9730 | |


The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Ascendium Education Solutions, Inc<br>PO Box 8961<br>Madison WI  53708-8961 | Discover Financial<br>Attn: Bankruptcy Department<br>Po Box 15316<br>Wilmington, DE 19850 | Meade & Associates<br>Attn: Bankruptcy<br>737 Enterprise Dr<br>Lewis Center, OH 43035 |


End of Label Matrix
Mailable recipients    19
Bypassed recipients     0
Total                  19