# IN THE UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF OHIO (CANTON)

| | | |
|---|---|---|
| IN RE: | * | CASE NO. 20-61209 |
| | * | CHAPTER 13 |
| Kimberly Ann Benson | * | CHIEF JUDGE RUSS KENDIG |
| | * | |
| Debtor | * | **CERTIFICATE OF SERVICE FOR** |
| | * | **AMENDED SCHEDULES I AND J** |
| | * | |

Now comes Attorney Deborah L. Mack on behalf of the Debtor and hereby certifies that the Amended Schedules I and J, Summary of Schedules, and Declaration about an Individual Debtor's Schedules were sent via regular mail to all the creditors listed in the matrix and to the following individuals who are listed on the Court's Electronic Mail Notice List:

| | |
|---|---|
| United States Trustee | (Registered Address) |
| Dynele L Schinker-Kuharich | (Registered Address) |
| Carla O. Andres | candres@gklaw.com |
| Todd Fichtenberg | todd@taflegal.com |

Via regular mail, postage prepared to:

The matrix of creditors attached hereto and made a part hereof.

Respectfully submitted,

/s/Deborah L Mack     #0067347
Attorney Deborah L Mack, JD/MBA
53 E Main St, Lexington, OH 44904
T: 419.884.4600
F: 800.410.3620
E: debbie@ohiofinancial.lawyer
Attorney for Debtor

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0647-6<br>Case 20-61209-rk<br>Northern District of Ohio<br>Canton<br>Fri Aug  7 15:39:24 EDT 2020 | Capital One Auto Finance, a division of Capi<br>4515 N Santa Fe Ave. Dept. APS<br>Oklahoma City, OK 73118-7901 | United States Bankruptcy Court<br>Ralph Regula U.S. Courthouse<br>401 McKinley Avenue SW<br>Canton, OH 44702-1745 |
| (p)ASCENDIUM EDUCATION SOLUTIONS INC<br>2501 INTERNATIONAL LANE<br>MADISON WI 53704-3180 | Capital One Auto Finance<br>Attn: Bankruptcy<br>Po Box 30285<br>Salt Lake City, UT 84130-0285 | City of Galion<br>Attn: Dept of Taxation<br>115 Harding Way East<br>Galion, OH 44833-1902 |
| Comenitybank/Meijer<br>Attn: Bankruptcy<br>Po Box 182273<br>Columbus, OH 43218-2273 | (p)DISCOVER FINANCIAL SERVICES LLC<br>PO BOX 3025<br>NEW ALBANY OH 43054-3025 | Great Lakes Educational Loan Svc<br>PO Box 7860<br>Madison, WI 53707-7860 |
| Great Lakes Higher Education Corporation<br>Attn: Bankruptcy<br>Po Box 7860<br>Madison, WI 53707-7860 | Huntington<br>Attn: Bankruptcy CAS056<br>3 Cascade Plaza<br>Akron, OH 44308-1124 | Kohls/Capital One<br>Attn: Credit Administrator<br>Po Box 3043<br>Milwaukee, WI 53201-3043 |
| (p)MEADE & ASSOCIATES  INC<br>ATTN BANKRUPCTY DEPARTMENT<br>737 ENTERPRISE DRIVE<br>LEWIS CENTER OH 43035-9438 | Midland Funding<br>2365 Northside Dr Ste 300<br>San Diego, CA 92108-2709 | Navient<br>Attn: Bankruptcy<br>Po Box 9640<br>Wilkes-Barre, PA 18773-9640 |
| OhioHealth<br>335 Glessner Ave<br>Mansfield, OH 44903-2269 | The Huntington National Bank<br>P O Box 89424<br>Cleveland OH 44101-6424 | Deborah L. Mack<br>53 E Main Street<br>Lexington, OH 44904-1224 |
| Dynele L Schinker-Kuharich<br>Office of the Chapter 13 Trustee<br>200 Market Avenue North, Ste. LL30<br>Canton, OH 44702-1435 | Kimberly Anne Benson<br>2231 Lake Galion Road West<br>Galion, OH 44833-9730 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Ascendium Education Solutions, Inc<br>PO Box 8961<br>Madison WI  53708-8961 | Discover Financial<br>Attn: Bankruptcy Department<br>Po Box 15316<br>Wilmington, DE 19850 | Meade & Associates<br>Attn: Bankruptcy<br>737 Enterprise Dr<br>Lewis Center, OH 43035 |

End of Label Matrix
Mailable recipients    19
Bypassed recipients     0
Total                  19